HENTZ et al. v. PHŒNIX COTTON OIL CO. (Circuit Court of Appeals, Sixth Circuit. January 8, 1918.) No. 3098. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. William P. Metcalf, of Memphis, Tenn., and James T. Kilbreth, of New York City, for plaintiffs in error. Gates & Martin, of Memphis, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

HOO SHEE et al. v. WHITE, Commissioner of Immigration at the Port of San Francisco, State of California. (Circuit Court of Appeals, Ninth Circuit. February 28, 1918.) No. 3036. Appeal from the District Court of the United States for the First Division of the Northern District of California. James M. Hanley, Herbert Chamberlin, G. C. Ringolsky, and H. A. I. Wolch, all of San Francisco, Cal., for appellants. John W. Preston, U. S. Atty., of San Francisco, Cal., for appellee.

PER CURIAM. Appeal dismissed for the noncompliance by appellants with provisions of rules 23 and 24 of the Rules of Practice of this court (231 Fed. v, vi, 144 C. C. A. v, vi).

---

INTERNATIONAL HARVESTER CO. v. JOHN DEERE PLOW CO. (Circuit Court of Appeals, Eighth Circuit. January 11, 1918.) No. 4973. Appeal from the District Court of the United States for the District of Nebraska. T. J. Doyle, of Lincoln, Neb., and Charles F. McLaughlin, of Omaha, Neb., for appellant. Raymond T. Coffey, of Omaha, Neb., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

JUDD v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 16, 1918.) No. 122. In Error to the District Court of the United States for the District of Connecticut. Nelson Judd, alias Googie Watson, was convicted of violating the law with respect to narcotics, and he brings error. Affirmed. F. Walling and M. Harold Hochdorf, both of New York City, for plaintiff in error. Thomas J. Spellacy, U. S. Atty., and John F. Crosby, Asst. U. S. Atty., both of Hartford, Conn. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

KAUFFMAN v. AUBREY. (Circuit Court of Appeals, Eighth Circuit. April 29, 1918.) No. 5155. Appeal from the District Court of the United States for the Western District of Oklahoma. L. E. McKnight, of Anadarko, Okl., for appellant. L. M. Gensman, of Lawton, Okl., for appellee.

PER CURIAM. Cause docketed and appeal dismissed, without costs to either party in this court, on motion of appellant and consent of counsel for appellee.

---

LIVINGHOUSE v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 16, 1918.) No. 3133. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Joseph B. Beckenstein, of Detroit, Mich., for plaintiff in error. John E. Kinnane, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.